**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CASE NO. 3:07-00149** |
| ) | **JUDGE KEVIN H. SHARP** |
| **ANTONYA QUANTEZ BEACH** ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Hearing (Docket No. 83) to which there is no opposition.

The motion is GRANTED and the revocation hearing set for June 22, 2012 is hereby continued to July 30, 2012 at 2:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE