UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:07-00149 |
| ) | JUDGE KEVIN H. SHARP |
| ANTONYA QUANTEZ BEACH ) | |

# O R D E R

Pending before the Court is Defendant's Motion to Continue Hearing (Docket No. 85) to which there is no opposition.

The motion is GRANTED and the revocation hearing set for July 30, 2012 is hereby continued to September 17, 2012 at 2:30 p.m.

IT IS SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE