UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE  *Kevin H. Sharp*

NASHVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:07-00149 |
| | ) | |
| ANTONYA QUANTEZ BEACH | ) | Judge Sharp |

MOTION TO DISMISS PETITION

Comes now the United States of America, by and through the undersigned attorney, and respectfully moves to dismiss the violations alleged in the Report on Offender Under Supervision (Docket Entry #70). A status hearing on this alleged violation currently is scheduled for today, Monday, September 17, 2012 at 2:30 p.m.

In support of this motion, the United States would show that the defendant's supervising probation officer has advised counsel for the United States that the defendant's compliance with the conditions of supervised release have improved since the Report on Offender Under Supervision was filed on May 21, 2012. The probation officer believes that the concerns conveyed to the court in that Report have been adequately addressed by the defendant and that the need for a status hearing has abated.

Counsel for the United States has discussed this motion with counsel for the defendant and is advised that the motion is not opposed by counsel for the defendant.